USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-4-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs.

LANCELOT PAUL LUTCHMAN,

          Defendant.

~~06-mj-01437~~

#07 CR 382 (JFK)

**ORDER**

Whereas defendant was ordered to home detention with electronic monitoring at his bail hearing on October 16, 2006;

Whereas defendant has made an application to the Court to modify the terms of his home confinement in order to allow him to travel away from his home to celebrate his birthday and Mother's Day;

Whereas the Government consents to defendant's application;

IT IS HEREBY ORDERED that the conditions of defendant's bail be modified in order to allow him to:

(1) Travel to Elizabethtown, Pennsylvania from May 11 through May 13.

DATED:    New York, New York
               May 4, 2007

SO ORDERED

*John F. Keenan*