👉 **ORIGINAL**   [FOR 06 Mag. 1437]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

     - v -                                :     NOTICE OF INTENT TO
                                      FILE AN INFORMATION

LANCELOT PAUL LUTCHMAN,               :

          Defendant.               :     **07 CRIM 382**

- - - - - - - - - - - - - - - x

JUDGE KEENAN

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            May 2, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                      By:   */s/ Chi P. Steve Kwok*
                           Chi T. Steve Kwok
                           Assistant United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  MAY 0 2 2007
```

                                        AGREED AND CONSENTED TO:

                                        KRANTZ & BERMAN LLP

                      By:   */s/ Silvia L. Serpe*
                           Silvia L. Serpe
                           747 Third Avenue, 32nd Floor
                           New York, New York 10017
                           Attorneys for Lancelot P. Lutchman

5/2/07 WHEEL A