```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :    INFORMATION
        v.                          :
                                    :    07 Cr. _____
LANCELOT PAUL LUTCHMAN,             :
                    Defendant.      :    07CRIM. 382
------------------------------------x
```

JUDGE KEENAN

## COUNT ONE

The United States Attorney charges:

1. From at least in or about January 2006, up to and including on or about September 14, 2006, in the Southern District of New York, LANCELOT PAUL LUTCHMAN, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, LUTCHMAN downloaded images of child pornography via the Internet to a computer in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and

2252A(b)(2).)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Information, LANCELOT PAUL LUTCHMAN, the

defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all right, title and interest of the defendant in any and all visual depictions produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, Part I, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One of this Information, including but not limited to any and all computer and other equipment seized on or about September 14, 2006, including, but not limited to one Sony VAIO laptop computer, one Sony VAIO CPU, one Lacie back-up drive, and one compact disc containing images of child pornography.

    (Title 18, United States Code, Section 2253.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

LANCELOT PAUL LUTCHMAN

Defendant.

---

INFORMATION

18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2253

MICHAEL J. GARCIA
United States Attorney.

---

5-4-07 (WR): Filed Information and Waiver of Indictment. Deft. present with atty. Silvia Serpe. AUSA Steve Kwok present. Deft. pleads guilty as charged. Court accepts plea. PSI ordered. Sentencing date: 11-7-07 at 12:00. Bail cont'd: $50,000 PRB, cosigned by 2 FRP, Travel limited to SDNY/EDNY, Surrender travel documents and no new applications, strict PSA, home detention with electronic monitoring, Mental health evaluation/treatment, No internet/computer use except for work and then subject to monitoring by Pretrial, No unsupervised contact with children except his own, no possession/access to child pornography, no use of Computer Bulletin Boards, chatrooms, except for work, subject to monitoring.
Keenan, J