**JUDGE KEENAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CRM. 382**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

v. :

LANCELOT PAUL LUTCHMAN : 07 Cr. ____

        Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2253, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                         _____
                                         Defendant

                                         _____
                                         Witness

                                 Krantz & Berman LLP
                  by _____
                                         Counsel for Defendant

Date:  New York, New York
         May 4, 2007



0202