USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs.

LANCELOT PAUL LUTCHMAN,

              Defendant.

07-cr-382(JFK)

**ORDER**

Whereas defendant was ordered to home detention with electronic monitoring at his bail hearing on October 16, 2006;

Whereas defendant has made an application to the Court to modify the terms of his home confinement in order to allow him to spend Father's Day weekend with his father and family;

Whereas the Government consents to defendant's application;

IT IS HEREBY ORDERED that the conditions of defendant's bail be modified in order to allow him to:

(1) Leave his house on Saturday, June 16 at approximately 4 p.m., spend that night and the following day (Father's Day) at his father's house in the Bronx, New York, and return to his home by approximately 10 p.m. on Sunday, June 17.

DATED:    New York, New York
             June __, 2007

SO ORDERED   6/13/07

_Peter K. Leisure_

for Hon. John F. Keenan