UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

LANCELOT PAUL LUTCHMAN,

                Defendant.

07-CR-382 (JFK)

**ORDER**

NOV - 7

---

Whereas defendant was ordered to home detention with electronic monitoring at his bail hearing on October 16, 2006;

Whereas defendant has made an application to the Court to modify the terms of his home confinement in order to allow him to travel away from his home to celebrate his mother-in-law's 60th birthday and to travel for the upcoming Thanksgiving and Christmas holidays;

Whereas the Government takes no position with respect to defendant's application;

IT IS HEREBY ORDERED that the conditions of defendant's bail be modified in order to allow him to:

(1) Travel to Elizabethtown, Pennsylvania from November 16 through November 18, and December 21 through December 23.
(2) Travel to the Bronx on Thanksgiving day, and from December 24 through December 26.

DATED:    New York, New York
               November 7, 2007

SO ORDERED

John F. Keenan