USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,          :     PRELIMINARY ORDER OF
                                         FORFEITURE/FINAL ORDER OF
            -v.-                   :     FORFEITURE AS TO DEFENDANT
                                         LANCELOT PAUL LUTCHMAN
LANCELOT PAUL LUTCHMAN,            :
                                         07 Cr. 382 (JFK)
                 Defendant.        :

------------------------------------x

        WHEREAS, on or about May 4, 2007, LANCELOT PAUL

LUTCHMAN, the defendant, was charged in a one-count information,

07 Cr. 382 (JFK) (the "Information") with possession of child

pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B);

        WHEREAS, the Information included a forfeiture

allegation seeking the forfeiture to the United States, pursuant

to Title 18, United States Code, Section 2253, all right, title

and interest of LUTCHMAN in any and all visual depictions

produced, transported, mailed, shipped or received in violation

of Chapter 110 of Title 18, Part I, United States Code; any

property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from the child pornography

offense alleged in Count One of the Information; and any

property, real or personal, used or intended to be used to commit

or to promote the commission of the child pornography offense

alleged in Count One of the Information, including but not

limited to the following:

        a)    any and all computer and other equipment seized on or
              about September 14, 2006, including, but not limited

to:

i.   one Sony VAIO laptop computer;

ii.  one Sony VAIO CPU;

iii. one Lacie back-up drive; and

iv.  one compact disc containing images of child
     pornography

(collectively, the "Subject Property");

WHEREAS, on May 4, 2007, LUTCHMAN pled guilty to Count One of the Information, pursuant to a plea agreement;

WHEREAS, under the terms of the plea agreement, LUTCHMAN admitted to the forfeiture allegations in the Information and agreed to forfeit all right, title and interest in Subject Property listed under the forfeiture allegation section of the Information;

WHEREAS, pursuant to 18 U.S.C. § 2253, 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2, the United States is now entitled, pending any assertion of third-party claims, to reduce the Subject Property to its possession and to notify any and all potential purchasers and transferees thereof of its interest therein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   All of LUTCHMAN's right, title and interest in the Subject Property is forfeited to the United States for disposition in accordance with the law, subject to the provisions

2

of 21 U.S.C. § 853(n).

     2.   The United States is hereby authorized to take possession of the Subject Property and to hold the Subject Property in its secure custody and control.

     3.   Pursuant to 21 U.S.C. § 853(n)(1), the United States Department of Treasury forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this order, notice of the United States' intent to dispose of the Subject Property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Subject Property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

     4.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

     5.   The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property that is the

subject of this Order of Forfeiture, as a substitute for
published notice as to those persons so notified.

6.    Upon adjudication of all third-party interests,
this Court will enter a final order of forfeiture pursuant to
Fed. R. Crim. P. 32.2(c)(2), in which all interests will be
addressed.

7.    Pursuant to Fed R. Crim. P. 32.2, this Order of
Forfeiture shall be final against the defendant LANCELOT PAUL
LUTCHMAN, shall be made part of the sentence of the defendant
LANCELOT PAUL LUTCHMAN, and shall be included in the judgment of
conviction therewith.

8.    The United States may, at any time, move pursuant
to Rule 32.2(e) of the Federal Rules of Criminal Procedure to
amend this Order of Forfeiture to include subsequently located
property.

9.    Pursuant to 21 U.S.C. § 853(m), the United States
Attorney's Office is authorized to conduct any discovery needed
to identify, locate or dispose of the property subject to
forfeiture. Pursuant to Fed. R. Crim. P. 32.2(c), the United
States Attorney's Office is authorized to conduct discovery in
accordance with the Federal Rules of Civil Procedure with respect
to any third-party petitions claiming the Subject Property.

10.    The United States District Court shall retain
jurisdiction in this case for the purpose of enforcing this

order.

11.   The Clerk of the Court shall forward three
certified copies of this order to Assistant U.S. Attorney
Christine Meding, One St. Andrews Plaza, New York, New York,
10007.

Dated:    New York, New York
          February 2 6 , 2008

                                    SO ORDERED:


                                    _____
                                    HONORABLE JOHN F. KEENAN
                                    UNITED STATES DISTRICT JUDGE

5