Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

Southern District of New York

USA v.
Lutchman

Docket No.: 07 Cr 382
_____ JFK _____
(District Court Judge)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2008

Notice is hereby given that __Lancelot Paul Lutchman__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ____ ] _____
(specify)

entered in this action on __2/26/08__
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ____ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ✓ ]    Conviction and Sentence [ ___ ]

Date __3/6/08__

TO
AUSA Steven Kwok
US Attorney's Office
1 St. Andrews Plaza
New York, NY

_Silvia L. Serpe_
(Counsel for Appellant)

Address __Krantz + Berman LLP__
__747 Third Ave. 32nd Fl__
__NY NY 10017__

Telephone Number: __212.661.0009__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ ✓ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ✓ ] Other. Attach explanation _Already Did_ | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ X ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _Silvia Serpe_    DATE __3/6/08__

| COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. | |
|---|---|---|
| Date order received | Estimated completion date | Estimated number of pages |
| | Date _____ Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05