# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

SDNY-NYNY
07-cr-382
KEENAN

## MOTION INFORMATION STATEMENT

Docket Number(s): **08-1104-CR**

Caption [use short title]:

Motion for: **Withdrawal of Appeal**

Set forth below precise, complete statement of relief sought:

**Mr. Lutchman would like to withdraw his appeal.**

*[Stamp: UNITED STATES COURT OF APPEALS FILED MAR 26 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

**USA v. Lutchman**

MOVING PARTY:
- ☐ Plaintiff
- ☒ Defendant
- ☐ Appellant/Petitioner
- ☐ Appellee/Respondent

OPPOSING PARTY: **AUSA Steve Kwok**

MOVING ATTORNEY: **Silvia L. Serpe, Krantz + Berman, 747 Third Ave. 32nd Fl., NY NY 10017, 212.661.0009, sserpe@krantzberman.com**

OPPOSING ATTORNEY [Name]: **AUSA Steve Kwok, US Attorney's Office, 1 St Andrews Plaza, NY NY 10007, 212.637.2415, steve.kwok@usdoj.gov**

Court-Judge/Agency appealed from: **SDNY - Honorable John Keenan**

Please check appropriate boxes:

Has consent of opposing counsel:
- A. been sought?    ☐ Yes    ☒ No
- B. been obtained?  ☐ Yes    ☒ No

Is oral argument requested?    ☐ Yes    ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below?    ☐ Yes    ☐ No

Has this relief been previously sought in this Court?    ☐ Yes    ☐ No

Requested return date _____

*[Stamp: A TRUE COPY Catherine O'Hagan Wolfe, Clerk by ____ DEPUTY CLERK]*

Has service been effected?    ☒ Yes    ☐ No
[Attach proof of service]

Signature of Moving Attorney: **Silvia Serpe**    Date: **3.21.08**

---

### ORDER

IT IS HEREBY ORDERED THAT the motion is **(GRANTED)** DENIED.    **Appeal is withdrawn.**

Date: **4/4/08**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court
By: **Judy Pix**
Judy Pisnanont, Motions Staff Attorney

*[Stamp: UNITED STATES COURT OF APPEALS FILED APR - 4 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

Form _____

CERTIFIED: **5/1/08**