USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-18-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

- against -

LANCELOT PAUL LUTCHMAN,

Defendant

------------------------------------------------------------x

07 CR 382-01 (JFK)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by The New York Center for Neuropsychology & Forensic Behavioral Science, in the amount of $2,000, for professional services in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
       June 13, 2008

*John F. Keenan*
Honorable John F. Keenan
Senior U.S. District Judge

THE NEW YORK CENTER FOR NEUROPSYCHOLOGY
& FORENSIC BEHAVIORAL SCIENCE, P.C.
Tax ID No.: 11-3064365   DUNS No.: 795208008

Court Street, Suite 912
Brooklyn, NY 11242
(718) 237-2127

45 North Station Plaza, Suite 404
Great Neck, NY 11021
(516) 504-0018

Patient/Client: _Daneld Lutchman_ DOB: _____ ID#: _____
Billing Address: _c/o U.S.P.O. Michelle Greer_

| | PROCEDURES | CPT | DATE | FEE |
|---|---|---|---|---|
| 1. | Individual Psychotherapy (20-30 min.) | 90804 | | |
| 2. | Individual Psychotherapy (45-50 min.) | 90806 | | |
| 3. | Individual Psychotherapy (75-80 min.) | 90808 | | |
| 4. | Family Psychotherapy | 90847 | | |
| 5. | Group Psychotherapy | 90853 | | |
| 6. | Pharmacologic Management | 90862 | | |
| 7. | Hypnotherapy | 90880 | | |
| 8. | Psychiatric Evaluation of Clinical Records | 90885 | | |
| 9. | Interpretation of Test Results | 90887 | | |
| 10. | Preparation of Report | 90889 | | |
| 11. | Psychiatric Diagnostic Interview | 90801 | | |
| 12. | Psychological Testing | 96101 | | |
| 13. | Neuropsychological Testing | 96118 | | |
| 14. | Neurobehavioral Status Examination | 96116 | | |
| 15. | Forensic Consultation | | | |
| (16.) | Other _Sex Offender Evaluation & Report_ | | | |

DIAGNOSIS:   AXIS I   _____
             AXIS II  _____
             AXIS III _____

TOTAL FEE DUE: $ _2000.00_   FEE PAID: YES (NO)   PARTIAL PAYMENT: $ _0_
                                          (CIRCLE ONE)

_N.G. Berrill_                                    _11/30/07_
TREATING CLINICIAN                                DATE

hpb 10/2001