# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 07 Cr 382 (JFK) |
| **DEFENDANT** LANCELOT PAUL LUTCHMAN | **TYPE OF PROCESS** Publish notice |

**SERVE AT:** Kimberly T. Morgan
1 Penn Plaza, 11th Floor, New York, NY 10119

**Send NOTICE OF SERVICE copy to Requester:**
U.S. ATTORNEY'S OFFICE- SDNY
ONE SAINT ANDREWS PLAZA
NEW YORK, NEW YORK 10007
ATTN: Renee Spilker

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

**SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE**
FP&F or AFTRAK # 2006-1001-000515-01

Please publish the following for three consecutive weeks in a newspaper of general circulation

Please return to Paralegal Renee Spilker, 212-637-1074.

Signature of Attorney or other Originator requesting service on behalf of AUSA Christine Meding   [X] Plaintiff   [ ] Defendant
Telephone No. 212-637-2614
Date April 4, 2008

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date 6/18/08

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served if not shown above: J. Pollard Forfeiture Specialist

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service | Time of Service | [ ] AM [ ] PM

Signature, Title and Treasury Agency

**REMARKS:** 5/9/08
published 5/16/08
5/23/08

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

**RETURNED COPY**

**State of New York** } ss:
COUNTY OF NEW YORK

631818

INGRID CHRISTIANI_____ being duly sworn, says that he/she is the principal Clerk of the Publisher of the

# New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 09 day of May, 2008
on the 16 day of May, 2008
on the 23 day of May, 2008

JUN 03 2008

NOTICE OF:
UNITED STATES v.
LANCELOT PAUL LUTCHMAN
07 Cr. 382 (JFK)

Notice is hereby given that on February 26, 2008, in the case of United States v. LANCELOT PAUL LUTCHMAN, 07 Cr. 382 (JFK), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture/Final Order of Forfeiture as to the Defendant Lancelot Paul Lutchman's Interest in Property condemning and forfeiting LANCELOT PAUL LUTCHMAN'S right, title, and interest in the following Subject Property to the United States Department of Treasury, any and all computer and other equipment seized on or about September 14, 2006, including, but not limited to (a) one Sony VAIO laptop computer; (b) one Sony VAIO CPU; (c) one Lacie back-up drive; and (d) one compact disc containing images of child pornography (collectively, the "Subject Property").
The Preliminary Order of Forfeiture/Final Order of Forfeiture having been entered on February 26, 2008, the United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Secretary of Treasury may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be June 22, 2008. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.
FOR NOTICE OF PUBLICATION GO TO: WWW.FORFEITURE.GOV
On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule governs procedures for civil and criminal asset forfeiture actions in federal courts.
Notice of judicial forfeiture actions traditionally has been published in newspapers. The new rule now allows publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates notices that have traditionally published in newspapers.
This site is currently fully operational. Civil and criminal forfeiture notices will continue to be published in newspapers for a period of time until newspaper publication is gradually abandoned in favor of the website. The website contains a comprehensive list of pending cases of both civil and criminal forfeiture actions in United States District Courts around the country.
MICHAEL J. GARCIA
United States Attorney
Secretary of Treasury

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

Ingrid C_____ [signature]

Sworn to before me this ___ day of May 2008

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

    - v -

LANCELOT PAUL LUTCHMAN,

    Defendant.

## PUBLICATION AFFIDAVIT
## 07 CR 382 (JFK)

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-1048

                          BARBARA A. WARD
                          **Assistant United States Attorney**
                          **-Of Counsel-**