IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>Lancelot Paul Lutchman  )<br>  )<br>      Defendant.  ) | 07 CR. 382 (JFK) |

DECLARATION OF PUBLICATION

    Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 23, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2008 at New York, NY.

                                                              _____/s/_____
                                                               Barbara A. Ward
                                                               Asst. United States Attorney

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 07 CR. 382 (JFK); NOTICE OF FORFEITURE

Notice is hereby given that on February 26, 2008, in the case of <u>US v. Lancelot Paul Lutchman</u>, Court Case Number: 07 CR. 382 (JFK), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

    Misc Computer/Software Devices: 1 Sony VAIO Laptop Computer, 1 Sony VAIO CPU, 1 Lacie BACK-up Drive, and 1 Compact Disc containing child pornography. (06-CBP-000245), which was seized from Lancelot Paul Lutchman on September 14, 2006 at 3224 Grand Concourse Ave, Apt H-21, located in Bronx, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (April 23, 2008) of this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and a copy served upon Assistant United States Attorney Christine Meding, One St. Andrew's Plaza, New York, NY 10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 23, 2008 and May 22, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Lancelot Paul Lutchman
**Court Case No:** 07 CR. 382 (JFK)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/23/2008 | 23.2 | Verified |
| 2 | 04/24/2008 | 23.1 | Verified |
| 3 | 04/25/2008 | 23.5 | Verified |
| 4 | 04/26/2008 | 23.5 | Verified |
| 5 | 04/27/2008 | 23.6 | Verified |
| 6 | 04/28/2008 | 23.5 | Verified |
| 7 | 04/29/2008 | 22.4 | Verified |
| 8 | 04/30/2008 | 23.4 | Verified |
| 9 | 05/01/2008 | 23.4 | Verified |
| 10 | 05/02/2008 | 23.5 | Verified |
| 11 | 05/03/2008 | 23.5 | Verified |
| 12 | 05/04/2008 | 23.5 | Verified |
| 13 | 05/05/2008 | 23.5 | Verified |
| 14 | 05/06/2008 | 23.3 | Verified |
| 15 | 05/07/2008 | 23.6 | Verified |
| 16 | 05/08/2008 | 23.5 | Verified |
| 17 | 05/09/2008 | 23.5 | Verified |
| 18 | 05/10/2008 | 23.4 | Verified |
| 19 | 05/11/2008 | 23.3 | Verified |
| 20 | 05/12/2008 | 23.3 | Verified |
| 21 | 05/13/2008 | 23.3 | Verified |
| 22 | 05/14/2008 | 23.4 | Verified |
| 23 | 05/15/2008 | 23.4 | Verified |
| 24 | 05/16/2008 | 22.4 | Verified |
| 25 | 05/17/2008 | 23.6 | Verified |
| 26 | 05/18/2008 | 23.6 | Verified |
| 27 | 05/19/2008 | 23.6 | Verified |
| 28 | 05/20/2008 | 23.5 | Verified |
| 29 | 05/21/2008 | 23.6 | Verified |
| 30 | 05/22/2008 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Christne Meding in the Southern District of New York at 212-637-2220.